PROB 12B
(7/93)

# United States District Court

for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Esteban Jose Castillo                                                                 Cr.: 07-CR-00436 (JLL)

Name of Sentencing Judicial Officer: James L. King U.S.D.J. (SD/FL)

Date of Original Sentence: 07/25/02

Original Offense: Importation of Heroin 12 U.S.C. 952(a)

Original Sentence: 70 months custody with 3 years supervised release. Special condition for drug testing and/or treatment

Type of Supervision: Supervised Release                                       Date Supervision Commenced: 03/23/07

### PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

The offender is need mental health treatment as a result, he has agreed to this modification of his supervision conditions as noted above.

Respectfully submitted,
By: Janice L. Fink
Senior U.S. Probation Officer
Date: 06/01/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
6/11/07
Date