PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Esteban Jose Castillo                                  Cr.: 07-CR-00436 (JLL)

Name of Sentencing Judicial Officer: Jose L. Linares Sr. U.S.D.J.

Date of Original Sentence: 07/25/02

Original Offense: Importation of Heroin

Original Sentence: 70 months custody with 3 years supervised release to follow. Special condition for drug testing and/or treatment.

Type of Supervision: Supervised Release                         Date Supervision Commenced: 03/23/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 27, 2007, the offender submitted a urine sample that tested positive for cocaine. |

U.S. Probation Officer Action:
The offender's current treatment plan has been upgraded to weekly urine testing and drug counseling as needed.

Respectfully submitted,
By: Janice L. Fink
Senior U.S. Probation Officer
Date:  05/30/07

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

6-8-07
Date