PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Esteban Jose Castillo  Cr.: 07-CR-00436

Name of Sentencing Judicial Officer: James L. King, U.S.D.J, SD/FL

Name of Current Judicial Officer: Jose L. Linares, U.S.D.J., D/NJ

Date of Original Sentence: 07/25/02

Original Offense: Importation of Heroin - Title 21 U.S.C. § 952(a)

Original Sentence: 70 months custody, three years supervised release. Special Conditions: Drug and Alcohol Testing and Treatment and Mental Health Treatment.

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/23/07

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

## CAUSE
The offender has submitted three positive urine tests for cocaine and missed a code-a-phone session.

Respectfully submitted,

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 07/23/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____7/24/07_____
Date