PROB 12C
(7/93).

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Esteban Jose Castillo           Docket Number: 07-00436-001 D/NJ
                                                                                              02-20447-001 SD/FL
                                                                                                     PACTS Number: 34028

Name of Sentencing Judicial Officer: Honorable James L. King (SD/FL)

Transfer of Jurisdiction: 05/23/07

Name of Newly Assigned Judicial Officer : Honorable Jose L. Linares (D/NJ)

Date of Original Sentence: 07/25/2002

Original Offense: CONTROLLED SUBSTANCE - IMPORT

Original Sentence: 70 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: 03/23/07

Assistant U.S. Attorney: To be assigned.           Defense Attorney: To be assigned.

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
| | a.) The offender failed to report to the probation office on February 2, February 9, February 16, 2009, and anytime thereafter. |
| | b.) The offender has failed to submit monthly supervision reports since September 2008. |
| 2 | The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant |

shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

The offender failed to attend drug treatment at Straight and Narrow Inc on December 30, 2008, January 6, January 13, 2009 and anytime thereafter.

3  The offender has violated the supervision condition which states 'The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.'

The offender failed to attend mental health treatment at the Human Growth and Development Center on January 14, January 21, February 1, 2009, and anytime thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 3/3/09

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 4/1/2009 @ 10AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/20/09
Date