PROB 12C
(7/93).

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Esteban Jose Castillo  **Docket Number:** 07-00436-001 D/NJ
                                                              02-20447-001 SD/FL
                                              **PACTS Number:** 34028

**Name of Sentencing Judicial Officer:** Honorable James L. King (SD/FL)

**Transfer of Jurisdiction:** 05/23/07

**Name of Newly Assigned Judicial Officer:** Honorable Jose L. Linares (D/NJ)

**Date of Original Sentence:** 07/25/2002

**Original Offense:** CONTROLLED SUBSTANCE - IMPORT

**Original Sentence:** 70 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/23/07

**Assistant U.S. Attorney:** To be assigned.  **Defense Attorney:** To be assigned.

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4. | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | On March 10, 2009, the offender admitted that he had traveled to and remained in Providence, Rhode Island during the month of February. The offender traveled outside the judicial district without permission to do so. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 3/28/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 4/1/2009 @ 10:00 am
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3-31-2009
_____
Date