PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Esteban Jose Castillo                                    Cr.: 07-00436-001
                                                                          PACTS #: 34028

Name of Sentencing Judicial Officer: The Honorable Jose Linares United States District Court Judge

Date of Original Sentence: 04/16/2009

Original Offense: Heroin Importation, Title 21 USC § 952, Felony-Class A

Original Sentence: 6 month(s) custody, 12 month(s) supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/02/2009

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On January 31, and February 16, 2009, the offender signed a Drug Admission Form admitting cocaine use. On February 24, 2010, the offender submitted a urine sample which tested positive for cocaine use (C-001166465). |
| 2 | The offender failed to report for code-a-phone (random urine testing) on November 9, 2009, December 11, 2009, January 5, 2010, or anytime thereafter. |
| 3 | The offender failed to keep mental health treatment appointments on Human Growth and Development on December 23, 2009, January 12, February 20, 2010, or anytime thereafter. The offender has also failed to take psychotropic medication as prescribed to him |

U.S. Probation Officer Action:

Esteban Castillo continues to suffer from manic depressive disorder and has continued to abuse cocaine. At this time, he has agreed to address his substance abuse and mental health issues by entering a 60-day inpatient treatment facility. The offender understands that failure to follow through with the recommended treatment modality will result in a formal proceeding before the Court, by way of a 12C Violation of Probation Petition.

The Court's endorsement of this petition will also serve as an official written reprimand to the offender.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: 03/03/2010

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

3-16-10
Date