# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Esteban Jose Castillo     **Docket Number:** 07-00436-001 D/NJ
                                                                  02-20447-001 SD/FL
                                                **PACTS Number:** 34028

**Name of Sentencing Judicial Officer:** Honorable James L. King (SD/FL)

**Transfer of Jurisdiction:** 05/23/07

**Name of Newly Assigned Judicial Officer:** Honorable Jose L. Linares (D/NJ)

**Date of Original Sentence:** 07/25/2002
**Original Offense:** CONTROLLED SUBSTANCE - IMPORT
**Original Sentence:** 70 months imprisonment; 3 years supervised release.

**Date of Current Sentence:** 04/16/09
**Current Offense:** Violation of Supervised Release
**Current Sentence:** 6 months imprisonment; 1 year supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 10/02/09

**Assistant U.S. Attorney:** Zahid Quarashi     **Defense Attorney:** Patrick McMahon

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
| | The offender failed to report to the probation office on May 13, May 20, June 8, 2010 or anytime thereafter. |
| 2 | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |

The offender has failed to submit monthly supervision reports since October 2009.

3     The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

a.) On January 31, and February 16, 2010, the offender signed a "Drug Admission" form admitting cocaine use. On February 24, 2010, the offender submitted a urine sample which tested positive for cocaine use (C-001166465).

b.) The offender failed to report to code-a-phone (random urine testing) on November 9, 2009, December 11, 2009, January 5, 2010, or anytime thereafter.

c.) The offender failed to attend drug treatment at Straight and Narrow Inc. on June 7, June 9, June 11, 2010, or anytime thereafter.

4     The offender has violated the supervision condition which states '**The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.**'

The offender failed to attend mental health treatment at the Human Growth and Development Center on December 23, January 12, 2009, February 20, 2010, or any time thereafter. The offender also failed to take psychotropic medication prescribed to him.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 07/08/10

---

THE COURT ORDERS:
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 9/9/10 at 2:30 PM
[ ] No Action
[ ] Other

Signature of Judicial Officer
Aug. 4, 2010
Date